FILED
2005 May-18 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CASE NO. CR 04-B-0492-NE |
| ) | |
| TRACY ALAN TERRY, ) | |
| Defendant. | |

## MEMORANDUM OPINION

This matter is before the court on defendant Tracy Alan Terry's motion to dismiss Count One of the indictment premised on the failure of the defendant to knowingly and intelligently waive his right to a jury trial in the underlying domestic violence offense. (Doc. 17). Also before the court are various other motions to dismiss (doc. 15, 19 & 23) and a motion to sever the trials of each count of the indictment (doc. 16). On April 25, 2005, the magistrate judge assigned this matter recommended that the motion to dismiss premised on the lack of a proper waiver of the right to a jury trial (doc. 17) be granted. No objections were filed by the parties. The court has considered the entire file in this action together with the "Magistrate Judge's Report and Recommendation" and has reached an independent conclusion that the "Magistrate Judge's Report and Recommendation" is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of the court. In accord with the recommendations, the court finds that the motion to dismiss Count One of the indictment premised on the absence of a valid waiver of the right to a jury trial is due to be granted; the other motions to dismiss (doc. 15, 19 & 23) are due to be denied; and the motion to sever (doc. 16) is moot.

An appropriate order will be entered.

**DONE**, this 17th day of May, 2005.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE